UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

                    Plaintiff,

          -against-                                    16 Civ. 5412 (AT)

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.               **JURY NOTE**
JOHN FERRARA,

                    Defendants.

PLEASE PRINT LEGIBLY.

**We the jury:** On the last line of page 22 of the jury charge, does it mean "absense of probable cause" for all charges or for any ~~charges~~ one of the charges?

_____
Foreperson's Signature

Dated: _June 22, 2018_

1:50 p.m

Ct Ex 2 AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

                    Plaintiff,

          -against-                                          16 Civ. 5412 (AT)

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.                     **JURY NOTE**
JOHN FERRARA,

                    Defendants.

PLEASE PRINT LEGIBLY.

**We the jury:** please disregard our prior question. We've found the answer on subsequent pages.

_____
Foreperson's Signature

Dated: 22 JUNE, 2018

1:55 P.M.
ct Ex 3 AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

Plaintiff,

-against-

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.
JOHN FERRARA,

Defendants.

16 Civ. 5412 (AT)

**JURY NOTE**

PLEASE PRINT LEGIBLY.

**We the jury:** WE HAVE REACHED A VERDICT.

Foreperson's Signature

Dated: 22 JUNE, 2018

Ct. Ex 4  3:35 p.m  AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

                        Plaintiff,

        -against-                                          16 Civ. 5412 (AT)

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.                   **VERDICT**
JOHN FERRARA,

                        Defendants.

All jurors <u>must agree</u> on the answers to all of the questions.
Jurors must answer the questions in the order they are presented.

## I.    LIABILITY

### Excessive Force

1a. Did Mr. Ekukpe prove by a preponderance of the evidence that he was subjected to excessive force by Officer Santiago on July 18, 2014?

                        YES _____    NO ___✓___

1b. Did Mr. Ekukpe prove by a preponderance of the evidence that he was subjected to excessive force by Sergeant Ferrara on July 18, 2014?

                        YES __✓__    NO _____

### False Arrest

2a. Did Mr. Ekukpe prove by a preponderance of the evidence that Officer Santiago falsely arrested him on July 18, 2014?

                        YES __✓__    NO _____

2b. Did Mr. Ekukpe prove by a preponderance of the evidence that Sergeant Ferrara falsely arrested him on July 18, 2014?

                        YES __✓__    NO _____

**Malicious Prosecution (Section 1983)**

3a. Did Mr. Ekukpe prove by a preponderance of the evidence that Officer Santiago maliciously prosecuted him in violation of Section 1983?

YES __✓__    NO _____

3b. Did Mr. Ekukpe prove by a preponderance of the evidence that Sergeant Ferrara maliciously prosecuted him in violation of Section 1983?

YES __✓__    NO _____

**Denial of a Fair Trial**

4a. Did Mr. Ekukpe prove by a preponderance of the evidence that Officer Santiago denied his right to a fair trial?

YES __✓__    NO _____

4b. Did Mr. Ekukpe prove by a preponderance of the evidence that Sergeant Ferrara denied his right to a fair trial?

YES __✓__    NO _____

**First Amendment**

5a. Did Mr. Ekukpe prove by a preponderance of the evidence that Officer Santiago retaliated against him for exercising his First Amendment rights?

YES _____    NO __✓__

5b. Did Mr. Ekukpe prove by a preponderance of the evidence that Sergeant Ferrara retaliated against him for exercising his First Amendment rights?

YES _____    NO __✓__

**Failure to Intervene**

6a. Did Mr. Ekukpe prove by a preponderance of the evidence that Officer Santiago failed to intervene to prevent or stop the unconstitutional conduct of fellow officers?

YES   ✓   NO _____

6b. Did Mr. Ekukpe prove by a preponderance of the evidence that Sergeant Ferrara failed to intervene to prevent or stop the unconstitutional conduct of fellow officers?

YES   ✓   NO _____

**Malicious Prosecution (New York State Law)**

7a. Did Mr. Ekukpe prove by a preponderance of the evidence that Officer Santiago maliciously prosecuted him in violation of New York state law?

YES   ✓   NO _____

7b. Did Mr. Ekukpe prove by a preponderance of the evidence that Sergeant Ferrara maliciously prosecuted him in violation of New York state law?

YES   ✓   NO _____

*If you answered "No" to all questions above, your verdict is complete. Proceed to the final page and sign the form.*

*If you answered "Yes" to any question above, proceed to the damages section.*

## II.   DAMAGES

### Excessive Force

*Answer Question 8a only if you answered "Yes" to Question 1a.*

8a. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his excessive force claim against Officer Santiago?

YES _____     NO ___✓___
E&c.

    i.    If you answered "Yes" to Question 8a, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. _____

    ii.    If you answered "No" to Question 8a, what amount of nominal damages do you award (not exceeding one dollar)? _____

*Answer Question 8b only if you answered "Yes" to Question 1b.*

8b. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his excessive force claim against Sergeant Ferrara?

YES _____     NO ___✓___

    i.    If you answered "Yes" to Question 8b, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. _____

    ii.    If you answered "No" to Question 8b, what amount of nominal damages do you award (not exceeding one dollar)? $1.00

4

**False Arrest**

*Answer Question 9a only if you answered "Yes" to Question 2a.*

9a. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his false arrest claim against Officer Santiago?

YES __√__     NO _____

    i.     If you answered "Yes" to Question 9a, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. $ 10,000.00

    ii.    If you answered "No" to Question 9a, what amount of nominal damages do you award (not exceeding one dollar)? _____

*Answer Question 9b only if you answered "Yes" to Question 2b.*

9b. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his false arrest claim against Sergeant Ferrara?

YES __√__     NO _____

    i.     If you answered "Yes" to Question 9b, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. $ 10,000.00

    ii.    If you answered "No" to Question 9b, what amount of nominal damages do you award (not exceeding one dollar)? _____

**Malicious Prosecution (Section 1983)**

*Answer Question 10a only if you answered "Yes" to Question 3a.*

10a. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his malicious prosecution claim under Section 1983 against Officer Santiago?

YES __✓__   NO _____

   i. If you answered "Yes" to Question 10a, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury.
   __$ 27,500.00__ eDC

   ii. If you answered "No" to Question 10a, what amount of nominal damages do you award (not exceeding one dollar)? _____

*Answer Question 10b only if you answered "Yes" to Question 3b.*

10b. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his malicious prosecution claim under Section 1983 against Sergeant Ferrara?

YES __✓__   NO _____

   i. If you answered "Yes" to Question 10b, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury.
   __$37,500.00__

   ii. If you answered "No" to Question 10b, what amount of nominal damages do you award (not exceeding one dollar)? _____

**Denial of a Fair Trial**

*Answer Question 11a only if you answered "Yes" to Question 4a.*

11a. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his denial of a fair trial claim against Officer Santiago?

YES __✓__    NO _____

    i. If you answered "Yes" to Question 11a, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. *$37,500.00*

    ii. If you answered "No" to Question 11a, what amount of nominal damages do you award (not exceeding one dollar)? _____

*Answer Question 11b only if you answered "Yes" to Question 4b.*

11b. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his denial of a fair trial claim against Sergeant Ferrara?

YES __✓__    NO _____

    i. If you answered "Yes" to Question 11b, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. *$37,500.00*

    ii. If you answered "No" to Question 11b, what amount of nominal damages do you award (not exceeding one dollar)? _____

**First Amendment**

*Answer Question 12a only if you answered "Yes" to Question 5a.*

12a. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his First Amendment retaliation claim against Officer Santiago?

YES _____    NO _____ EDC.

   i.   If you answered "Yes" to Question 12a, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury.

       _____

   ii.   If you answered "No" to Question 12a, what amount of nominal damages do you award (not exceeding one dollar)?   _____

*Answer Question 12b only if you answered "Yes" to Question 5b.*

12b. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his First Amendment retaliation claim against Sergeant Ferrara?

YES _____    NO _____ EDC.

   i.   If you answered "Yes" to Question 12b, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury.

       _____

   ii.   If you answered "No" to Question 12b, what amount of nominal damages do you award (not exceeding one dollar)?   _____

**Failure to Intervene**

*Answer Question 13a only if you answered "Yes" to Question 6a.*

13a. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his failure to intervene claim against Officer Santiago?

YES _____    NO ___✓___

   i.   If you answered "Yes" to Question 13a, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. _____

  ii.   If you answered "No" to Question 13a, what amount of nominal damages do you award (not exceeding one dollar)?   _____$1.00_____

*Answer Question 13b only if you answered "Yes" to Question 6b.*

13b. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his failure to intervene claim against Sergeant Ferrara?

YES _____    NO ___✓___

   i.   If you answered "Yes" to Question 13b, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. _____

  ii.   If you answered "No" to Question 13b, what amount of nominal damages do you award (not exceeding one dollar)?   _____$1.00_____

**Malicious Prosecution (New York State Law)**

*Answer Question 14a only if you answered "Yes" to Question 7a.*

14a. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his malicious prosecution claim under New York state law against Officer Santiago?

YES _____   NO ✓_____

    i.  If you answered "Yes" to Question 14a, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. _____

    ii.  If you answered "No" to Question 14a, what amount of nominal damages do you award (not exceeding one dollar)? __$1.00_____

*Answer Question 14b only if you answered "Yes" to Question 7b.*

14b. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to compensatory damages for his malicious prosecution claim under New York state law against Sergeant Ferrara?

YES _____   NO ✓_____

    i.  If you answered "Yes" to Question 14b, state the amount of compensatory damages that would fairly and adequately compensate Mr. Ekukpe for his injury. _____

    ii.  If you answered "No" to Question 14b, what amount of nominal damages do you award (not exceeding one dollar)? __$1.00_____

## SIGNATURES

*Sign and print your names in the space provided below, fill in the date and time, and inform the Court Security Officer — with a note, <u>not</u> the Verdict Form itself — that you have reached a verdict.*

After completing the form, each juror who agrees with this verdict must sign and print their name below:

1. _____   ELENA D. CUELARU
2. _____   ARLEEN L. KROPF
3. _____   Albert Luciano
4. _____   JASMINE HOWE
5. _____   Geoffrey Kidde
6. _____   GARRARD JACKSON
7. _____   KEVIN ATTESON
8. _____   Mary Conway
9. _____   Janna Rosario

Date and Time: ___6/22/18___ 3:50 PM

11

Ct. Ex 5  3:41 p.m.
AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

                Plaintiff,

      -against-

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.
JOHN FERRARA,

                Defendants.

16 Civ. 5412 (AT)

**JURY NOTE**

PLEASE PRINT LEGIBLY.

We the jury: _WE HAVE REACHED A VERDICT_

Foreperson's Signature

Dated: 22 · 06 · 2018

Ct Ex. 6   6:16 pm

AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

                              Plaintiff,

          -against-

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.
JOHN FERRARA,

                          Defendants.

16 Civ. 5412 (AT)

**PUNITIVE**
**DAMAGES**
**VERDICT**

All jurors <u>must agree</u> on the answers to all of the questions.
Jurors must answer the questions in the order they are presented.

**<u>Officer Santiago</u>**

1. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his false arrest claim against Officer Santiago?

                         YES _____     NO __✓__

       a.   If you answered "Yes" to Question 1, state the amount of punitive damages that you award Mr. Ekukpe. _____

2. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his malicious prosecution claim under Section 1983 against Officer Santiago?

                         YES __✓__     NO _____

       a.   If you answered "Yes" to Question 2, state the amount of punitive damages that you award Mr. Ekukpe. _$2,000.⁰⁰_

3. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his denial of a fair trial claim against Officer Santiago?

                         YES __✓__     NO _____

       a.   If you answered "Yes" to Question 3, state the amount of punitive damages that you award Mr. Ekukpe. _$2,500.⁰⁰_

4. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his failure to intervene claim against Officer Santiago?

YES _____   NO ___✓___

a. If you answered "Yes" to Question 4, state the amount of punitive damages that you award Mr. Ekukpe. _____

5. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his malicious prosecution claim under state law against Officer Santiago?

YES ___✓___   NO _____

a. If you answered "Yes" to Question 5, state the amount of punitive damages that you award Mr. Ekukpe. $500.00

2

**Sergeant Ferrara**

6. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his excessive force claim against Sergeant Ferrara?

YES ___✓___   NO _____

    a.  If you answered "Yes" to Question 6, state the amount of punitive damages that you award Mr. Ekukpe.  _$500.00_

7. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his false arrest claim against Sergeant Ferrara?

YES _____   NO ___✓___

    a.  If you answered "Yes" to Question 7, state the amount of punitive damages that you award Mr. Ekukpe.  _____

8. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his malicious prosecution claim under Section 1983 against Sergeant Ferrara?

YES ___✓___   NO _____

    a.  If you answered "Yes" to Question 8, state the amount of punitive damages that you award Mr. Ekukpe.  _$2,000.00_

9. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his denial of a fair trial claim against Sergeant Ferrara?

YES ___✓___   NO _____

    a.  If you answered "Yes" to Question 9, state the amount of punitive damages that you award Mr. Ekukpe.  _$2,500.00_

10. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his failure to intervene claim against Sergeant Ferrara?

YES _____   NO ___✓___

    a.  If you answered "Yes" to Question 10, state the amount of punitive damages that you award Mr. Ekukpe.  _____

3

11. Did Mr. Ekukpe prove by a preponderance of the evidence that he is entitled to punitive damages for his malicious prosecution claim under state law against Sergeant Ferrara?

YES _____     NO ___✓___

    a.  If you answered "Yes" to Question 11, state the amount of punitive damages that you award Mr. Ekukpe. _____

4

## SIGNATURES

***Sign and print your names in the space provided below, fill in the date and time, and inform the Court Security Officer — with a note, <u>not</u> the Verdict Form itself — that you have reached a verdict.***

After completing the form, each juror who agrees with this verdict must sign and print their name below:

1. *ELENA CUCEARU*     *ELENA CUCEARU*
2. *(signature)*     *ARLEEN L KROPF*
3. *(signature)*     *Albert Luciano*
4. *(signature)*     *Jasmine Haque*
5. *(signature)*     *Geoffrey Kidde*
6. *(signature)*     *GARDNER JACKSON*
7. *(signature)*     *KEVIN ATTESON*
8. *Mary Conway*     *Mary Conway*
9. *Janna Rosariu*     *Janna Rosariu*

Date and Time:   *6/22/2018   6:15 PM*

*Ct. Ex 7   6:20 p.m.*

*AT*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

                          Plaintiff,

          -against-                                    16 Civ. 5412 (AT)

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.               **JURY NOTE**
JOHN FERRARA,

                          Defendants.

PLEASE PRINT LEGIBLY.

**We the jury:** we would like to know whether we should be answering these questions based on the standard "preponderance of evidence" or just what we think?

_____
Foreperson's Signature

Dated: 6/22/18

Ct. Ex. 8 AT 7:10 pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID EKUKPE,

                    Plaintiff,

          -against-

NYPD OFFICER JUAN SANTIAGO and NYPD SGT.
JOHN FERRARA,

                    Defendants.

16 Civ. 5412 (AT)

**<u>JURY NOTE</u>**

PLEASE PRINT LEGIBLY.

**We the jury:** _we have answers to the special interrogatories_

_____
Foreperson's Signature

Dated: _06 . 20 . 2018_

G Ex 9   7:26 pm AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID EKUKPE,

                              Plaintiff,

           -against-

NYPD OFFICER JUAN SANTIAGO and NYPD
SGT. JOHN FERRARA,

                              Defendants.
-----------------------------------------------------------X

**SPECIAL
INTERROGATORIES**

No. 16 Civ. 5412 (AT)

**Defendant Santiago**

1. Was it reasonable for Defendant Santiago to believe, even if mistakenly, that Plaintiff Ekukpe pushed Defendant Santiago during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

                              Yes_____   No____✓____

2. Was it reasonable for Defendant Santiago to believe, even if mistakenly, that Plaintiff Ekukpe was kicking at police officers during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

                              Yes_____   No____✓____

3. Was it reasonable for Defendant Santiago to believe, even if mistakenly, that Plaintiff Ekukpe was throwing punches at police officers during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

                              Yes_____   No___✓____

4. Was it reasonable for Defendant Santiago to believe, even if mistakenly, that Plaintiff Ekukpe was flailing his arms during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓____

5. Was it reasonable for Defendant Santiago to believe, even if mistakenly, that Plaintiff Ekukpe was twisting his body during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓____

6. Was it reasonable for Defendant Santiago to believe, even if mistakenly, that Plaintiff Ekukpe was refusing to be handcuffed during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓____

**Defendant Ferrara**

7. Was it reasonable for Defendant Ferrara to believe, even if mistakenly, that Plaintiff Ekukpe pushed Defendant Santiago during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓____

8. Was it reasonable for Defendant Ferrara to believe, even if mistakenly, that Plaintiff Ekukpe was kicking at police officers during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓____

9. Was it reasonable for Defendant Ferrara to believe, even if mistakenly, that Plaintiff Ekukpe was throwing punches at police officers during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓_____

10. Was it reasonable for Defendant Ferrara to believe, even if mistakenly, that Plaintiff Ekukpe was flailing his arms during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓_____

11. Was it reasonable for Defendant Ferrara to believe, even if mistakenly, that Plaintiff Ekukpe was twisting his body during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓_____

12. Was it reasonable for Defendant Ferrara to believe, even if mistakenly, that Plaintiff Ekukpe was refusing to be handcuffed during his encounter with police officers in front of 3101 3rd Avenue, Bronx, New York on July 18, 2014?

Yes_____ No____✓_____

## SIGNATURES

***Sign and print your names in the space provided below, fill in the date and time, and inform the Court Security Officer — with a note, <u>not</u> the Verdict Form itself — that you have reached a verdict.***

After completing the form, each juror who agrees with this verdict must sign and print their name below:

| | | |
|---|---|---|
| 1. | | ELENA CHELARU |
| 2. | | ARLEEN L. KROPF |
| 3. | | Albert Luciano |
| 4. | | Jasmine Haque |
| 5. | | Geoffrey Kidde |
| 6. | | Garner Jackson |
| 7. | | KEVIN ATTESON |
| 8. | | Mary Conway |
| 9. | | Janna Rosario |

Date and Time:   6·22·2018
                 7:28 PM

Ct Ex 90 7:29 pm   AT