USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2020

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DAVID EKUKPE <br> *Plaintiff* <br> v. <br> NYPD OFFICER JUAN SANTIAGO, et ano. <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 16-CV-5412 (AT) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* **David Ekukpe** recover from the defendant *(name)* **NYPD Officer Juan Santiago and NYPD Sgt. John Ferrara** the amount of **Two hundred forty thousand six hundred forty three dollars and fifty one cents** ($240,643.51), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge **Analisa Torres** on a motion for attorneys' fees

Date: **September 15, 2020**
New York, New York

SO ORDERED:

*[signature]*

ANALISA TORRES
United States District Judge